**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2315**

_____

In re:  SHAPAT AHDAWAN NABAYA, a/k/a Norman Abbott,

  Petitioner.

_____

On Petition for Extraordinary Writ to the United States District Court for the Eastern District of Virginia, at Richmond.  (3:17-cr-00003-MHL-1)

_____

Submitted:  February 27, 2024                            Decided:  February 29, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Shapat Ahdawan Nabaya, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shapat Ahdawan Nabaya petitions this court for a writ of error coram nobis pursuant to 28 U.S.C. § 1651(a), contesting the validity of his 2018 conviction and seeking an order vacating his criminal judgment. A writ of error coram nobis is an extraordinary remedy available only when the movant demonstrates a fundamental error for which a more usual remedy is not available and that he had valid reasons for not attacking the conviction earlier. *United States v. Lesane*, 40 F.4th 191, 197 (2022).

Although Nabaya was released from prison in January 2022, he is still serving his supervised-release term. A defendant serving a supervised-release term is considered "in custody" for the purpose of 28 U.S.C. § 2255. *United States v. Swaby*, 855 F.3d 233, 239 (4th Cir. 2017). Because the more usual remedy is available, Nabaya cannot seek relief through a coram nobis petition. *See Lesane*, 40 F.4th at 197. Accordingly, we deny the petition for a writ of error coram nobis and deny Nabaya's pending motions.

Consistent with our decision in *United States v. Winestock*, 340 F.3d 200, 208 (4th Cir. 2003), we construe Nabaya's petition for writ of error coram nobis and related motions as an application to file a second or successive § 2255 motion. Upon review, we conclude that Nabaya's claims do not meet the relevant standard. *See* 28 U.S.C. § 2255(h). We therefore deny authorization to file a successive § 2255 motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2